UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELLA MAE LeBREW and ALBERTA LeBREW,

                  JUDGMENT
          Plaintiffs,           03-CV- 1832 (JG)

-against-

ALEXANDA REICH, et al.,

          Defendants.
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 12 2006 ★
BROOKLYN OFFICE

     An Order of Honorable John Gleeson, United States District Judge, having been filed on June 8, 2006, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated May 12, 2006; dismissing the March 10, 2005 and January 27, 2006 submissions by Gerald Oxford and Northplains and the relief requested, on the grounds that they are untimely and otherwise procedurally defective; it is

     ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted in its entirety; and that the March 10, 2005 and January 27, 2006 submissions by Gerald Oxford and Northplains are dismissed and the relief requested denied, on the grounds that they are untimely and otherwise procedurally defective.


Dated: Brooklyn, New York
       June 08, 2006

                              s/Robert C. Heinemann
                              ROBERT C. HEINEMANN
                              Clerk of Court